THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMELLA L. JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-685-WKW |
| | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 31, 2009, the Magistrate Judge filed a Report and Recommendation (Doc. # 18) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation (Doc. # 18) of the Magistrate Judge is ADOPTED, and the Commissioner's decision is AFFIRMED.

An appropriate judgment will be entered.

DONE this 27th day of April, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE